UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MARY BOLLOCK, | CIV 19-4048 |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| BOYDS' GUNSTOCK INDUSTRIES, INC., | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Joint Motion to Dismiss, Doc. 13, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint against Defendant is dismissed on the merits, with prejudice, each party to bear his or its own costs and fees.

Dated this 11th day of December, 2019.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

_____